IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ERIC FLORES, <br> TDCJ No. 02051801, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 7:21-cv-00045-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Notice of Leave of Filing Restriction to File Petition to Seek Relief from Imminent Danger Such as Death or Serious Physical Injury (ECF No. 3) is **DENIED**, and Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.

**SO ORDERED** this 26th day of October, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE